AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>**RICKY BAGOLA**<br><br>_Defendant_ | )<br>)<br>) Case No. 5:20-mj-**59**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __01/03/2020__ in the county of __Oglala Lakota__ in the _____ District of __South Dakota__, the defendant violated __18__ U. S. C. § __1111 and 1153__, an offense described as follows:

the defendant, did unlawfully, and with malice aforethought, kill a human being, Casey Weston a/k/a Casey Long, by discharging a firearm into a residence in which Casey Weston a/k/a Casey Long was an occupant.

This criminal complaint is based on these facts:
See Attached Afidavit, which is incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Erik Doell Federal Bureau of Investigation
_Printed name and title_

Sworn to before me ~~and signed in my presence~~. _Via reliable electronic means._

Date: __3-12-2020__ ~~01/03/2020~~

_____
_Judge's signature_

City and state: __Rapid City, South Dakota__

Daneta Wollmann, U.S. Magistrate Judge
_Printed name and title_